181 So.2d 624

**Jerry CRUMP**

**v.**

**STATE.**

**1 Div. 341.**

Supreme Court of Alabama.

Jan. 6, 1966.

Jerry Crump, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Jerry Crump for certiorari to the Court of Appeals to review and revise the judgment and decision in Crump v. State, 181 So.2d 620.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

188 So.2d 285

**Pride DAWSON**

**v.**

**STATE.**

**8 Div. 236.**

Supreme Court of Alabama.

June 16, 1966.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Robt. Straub, Decatur, opposed.

LIVINGSTON, Chief Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Dawson v. State, 188 So.2d 283.

Writ denied.

GOODWYN, MERRILL and HARWOOD, JJ., concur.